## William ALEXANDER, Appellant,

v.

## James PURKETT and Phyllis Byland, Respondents.

### No. ED 79614.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 4, 2001.

William Alexander, Farmington, MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., PAUL J. SIMON, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

William Alexander appeals the dismissal of his petition for declaratory judgment and injunctive relief against James Purkett, the superintendent, and Phyllis Byland, the records officer, at the Farmington Correctional Center, requesting that he be given all jail-time credit for which he was entitled. The trial court dismissed the suit finding that Defendant did not assert

a claim upon which relief could be granted. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. We have, however, furnished the parties with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).